1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TONEY ALFONSO JOHNSON,

Plaintiff,

v.

TAHIR SULEYMAN,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-00277-ODW-JDE

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 33, "FAC") filed by Plaintiff Toney Alfonso Johnson ("Plaintiff"); the Motion to Dismiss the FAC (Dkt. 34, "Motion") filed by Defendant Tahir Suleyman ("Defendant"); Plaintiff's Opposition to the Motion (Dkt. 44); Defendant's Reply in support of the Motion (Dkt. 45); the Report and Recommendation issued by the assigned magistrate judge (Dkt. 47, "Report"); and Plaintiff's Objection to the Report (Dkt. 50).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

1    Therefore, IT IS HEREBY ORDERED that: (1) the Motion (Dkt. 33) is

2  GRANTED; and (2) Judgment be entered dismissing this action with

3  prejudice.

4

5

6  Dated: September 12, 2023  _    _____

7                                         OTIS D. WRIGHT II
                                          United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2