JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TONEY ALFONSO JOHNSON, | ) Case No. 2:22-cv-00277-ODW-JDE |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| TAHIR SULEYMAN, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated: September 12, 2023 _  _____

OTIS D. WRIGHT II
United States District Judge